

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00008-CR

## IN RE TODD W. ALTSCHUL

### Original Proceeding

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 91-281-C

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on January 8, 2021, is denied.



TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Neill, and
     Justice Scoggins[1]
Petition denied
Opinion delivered and filed February 10, 2021
Do not publish
[OT06]

---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.